## MEMORANDUM DECISIONS

MANN v. STATE. (Court of Criminal Appeals of Texas. April 1, 1914.) Appeal from District Court, Hill County; Horton B. Porter, Judge. W. A. Mann was convicted of pursuing the business and occupation of selling intoxicating liquors in prohibition territory, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted and convicted of pursuing the business and occupation of selling intoxicating liquors in prohibition territory. The record before us contains neither a statement of facts nor any bills of exception. The motion for a new trial alleges some matters which, if properly supported by affidavits, might present questions for review; but, in the absence of any supporting affidavits, no evidence of any character accompanying the record, the judgment must be affirmed. The judgment is affirmed.

SIMS v. STATE. (Court of Criminal Appeals of Texas. April 1, 1914.) Appeal from Tarrant County Court; Jesse M. Brown, Judge. Luther Sims was convicted of misdemeanor, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. From a judgment convicting him of a misdemeanor, appellant gave notice of appeal. He, however, has not completed the record, for therein is no statement of facts; nor does the record contain any bills of exception. Under such circumstances, the judgment must be affirmed.

SINGER v. STATE. (Court of Criminal Appeals of Texas. April 1, 1914.) Appeal from Tarrant County Court; Jesse M. Brown, Judge. Abe Singer, alias Joe Burke, was convicted of a misdemeanor, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of a misdemeanor, and his punishment assessed at a fine of $25. The case was tried by the court, a jury having been waived. No statement of facts nor any bill of exceptions accompany the record, and under such circumstances no question is presented for review. The judgment is affirmed.

SMITH v. STATE. (Court of Criminal Appeals of Texas. April 1, 1914.) Appeal from Johnson County Court; J. B. Haynes, Judge. Bud Smith was convicted of violating the prohibition law, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of violating the prohibition law, and his punishment assessed at a fine of $25 and 20 days' imprisonment in the county jail. A jury was waived, and the issues submitted to the court. The defendant admits that the prosecuting witness, J. W. Peters, approached him and stated he wanted some whisky. Appellant says he told Peters he had no whisky, but thought he could get him some; that he went and purchased the whisky from one Pettigrew, who is now a refugee from justice. This explanation, if true, would show that he was merely acting as agent for Peters; but the court did not apparently believe it, and the testimony of Peters